**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COX COMMUNICATIONS, INC., *et al.*,<br><br>*Movants*,<br><br>v.<br><br>THE RECORDING INDUSTRY ASSOCIATION OF AMERICA,<br><br>*Respondent*. | Case No. _____ - MISC _____<br><br>Underlying Litigation:<br>*Sony Music Entertainment, et. al. v. Cox Communications, Inc., et al.*, Case No. 18-cv-00950-LO-JFA (E.D. Va.)<br><br>***ORAL ARGUMENT REQUESTED*** |

**COX'S MOTION TO COMPEL THE RIAA'S COMPLIANCE WITH COX'S
SUBPOENA *DUCES TECUM***

**PLEASE TAKE NOTICE** of Movants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") motion to compel the Recording Industry Association of America's compliance with Cox's subpoena *duces tecum*.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Cox relies on the memorandum of law submitted with this Motion and the Declaration of Diana Hughes Leiden and all exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting this motion is attached.

Dated: August 21, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (Bar No. 337907)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Petitioners Cox Communications, Inc. and CoxCom, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 21, a copy of the foregoing Movant's Motion to Compel

Compliance with Cox's Subpoena *Duces Tecum* was served by e-mail and via Federal Express on

the following:

Jeffrey M. Gould
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, N.W., 5th Floor
Washington, DC 20016
Tel.: (202) 851-4526
Email: jeff@oandzlaw.com

*Counsel for both the Respondent Recording*
*Industry Association of America and*
*Plaintiffs in the underlying action*
*pending in the Eastern District of Virginia*
*(Case No. 18-cv-00950-LO-JFA).*

/s/ Thomas M. Buchanan
Thomas M. Buchanan (Bar No. 337907)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Movants Cox Communications,*
*Inc. and CoxCom, LLC*