UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COX COMMUNICATIONS, INC., *et al.*, <br><br> *Movants*, <br><br> v. <br><br> THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, <br><br> *Respondent*. | Case No. 19 - MISC 00144 <br><br> Underlying Litigation: <br> *Sony Music Entertainment, et. al. v. Cox Communications, Inc., et al.*, Case No. 18-cv-00950-LO-JFA (E.D. Va.) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Movants Cox Communications, Inc.'s and CoxCom, LLC's ("Cox") Motion to Seal pursuant to Local Civil Rule 5.1(h), which seeks an order allowing Cox to maintain under seal six exhibits to the Declaration of Diana H. Leiden ("Leiden Declaration") (Exs. F-L), which have been designated by the plaintiffs in the above-referenced underlying litigation as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in that case, and to file a partially-redacted version of the Memorandum of Law in Support of Motion to Compel to the extent it quotes from or otherwise discloses the contents of Exhibits G-L to the Leiden Declaration, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this 26 day of August, 2019.

District of Columbia



<u>COUNSEL TO BE NOTIFIED OF ORDER</u>

Thomas M. Buchanan (Bar No. 337907)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

Attorney for Movants Cox Communications, Inc. and CoxCom, LLC

Jeffrey M. Gould
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, N.W., 5th Floor
Washington, DC 20016
Tel.: (202) 851-4526
Email: jeff@oandzlaw.com

Attorney for Respondent Recording Industry Association of America