# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COX COMMUNICATIONS, INC., *et al.*, <br><br> *Movants*, <br><br> v. <br><br> THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, <br><br> *Respondent*. | Case No. 1:19-mc-00144-APM <br><br> Underlying Litigation: <br> *Sony Music Entertainment, et. al. v. Cox Communications, Inc., et al.*, Case No. 18-cv-00950-LO-JFA (E.D. Va.) |

### DECLARATION OF DIANA HUGHES LEIDEN IN SUPPORT OF COX'S MOTION TO COMPEL THE RIAA'S COMPLIANCE WITH ITS <u>SUBPOENA *DUCES TECUM*</u>

I, Diana Hughes Leiden, hereby declare:

1.  I am a partner with the firm of Winston & Strawn LLP, attorneys of record for Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox") in this matter and in *Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, Case No. 1:18-cv-00950-LO-JFA (E.D. Va.) (the "*Sony* litigation"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.  A true and correct copy of the *Sony* plaintiffs' Amended Complaint, ECF No. 136, is attached hereto as **Exhibit A**. It does not include Exhibits A and B to the Complaint (which are lengthy lists of the works in suit).

3.  The *Sony* plaintiffs have represented in the *Sony* litigation that they authorized the Recording Industry of Association of America (the "RIAA") to contract with MarkMonitor, Inc. on their behalf.

4.  On January 7, 2019, Cox subpoenaed the RIAA for documents. A true and correct

copy of the subpoena is attached hereto as **Exhibit B.**

5. On January 22, 2019, after accepting service on behalf of the RIAA, the *Sony* plaintiffs' counsel served its written objections and responses on behalf of the RIAA. A true and correct copy is attached hereto as **Exhibit C**.

6. On January 25, 2019, the court in the *Sony* litigation ordered the *Sony* plaintiffs to produce certain documents. A true and correct copy of excerpts of the hearing transcript is attached hereto as **Exhibit D**.

7. In response to the RIAA's objections and responses to Cox's subpoena, on February 12, 2019, Cox sent the RIAA's counsel a letter outlining the relevance of its requests. A true and correct copy is attached hereto as **Exhibit E**.

8. On February 22, 2019, the *Sony* Plaintiffs' counsel, on behalf of the RIAA, responded to Cox's letter agreeing to produce certain documents including the Copyright Alert System ("CAS") Memorandum of Understanding ("MOU") and Implementation Agreements. A true and correct copy of the February 22, 2019 letter is attached hereto as **Exhibit F**.

9. I met and conferred with the RIAA's counsel on February 22, 2019 regarding the issues raised in my February 12, 2019 letter. The RIAA stood on its objections with respect to Cox's requests relating to the Copyright Alert System (including Request Nos. 19 and 20).

10. A true and correct copy of the CAS MOU, produced as Bates No. Plaintiffs_00286200, is attached hereto as **Exhibit G**.

11. A true and correct copy of the AT&T Implementation Agreement, produced as Bates No. Plaintiffs_00286282, is attached hereto as **Exhibit H**.

12. A true and correct copy of the Comcast Implementation Agreement, produced as

Bates No. Plaintiffs_00286311, is attached hereto as **Exhibit I**.

13. A true and correct copy of the Time Warner Implementation Agreement, produced as Bates No. Plaintiffs_00286374, is attached hereto as **Exhibit J**.

14. A true and correct copy of the Verizon Implementation Agreement, produced as Bates No. Plaintiffs_00286403, is attached hereto as **Exhibit K**.

15. A true and correct copy of the CSC Holdings Implementation Agreement, produced as Bates No. Plaintiffs_00286344, is attached hereto as **Exhibit L**.

16. On April 26, 2019, the RIAA served a privilege log on Cox, which I reviewed. The privilege log does not reflect any reports from ISPs that are the subject of Cox's motion to compel.

17. On May 31, 2019, Cox served its third set of document requests on the *Sony* plaintiffs. A true and correct copy of these requests is attached hereto as **Exhibit M**.

18. On July 1, 2019, the *Sony* plaintiffs objected and responded to Cox's third set of document requests. A true and correct copy of these objections and responses is attached hereto as **Exhibit N**.

19. I conferred with counsel for the RIAA again on June 26, 2019. While we were able to resolve other production issues without Court intervention, to date the RIAA has not produced any documents responsive to Request Nos. 19 and 20 from Cox's subpoena to the RIAA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August 2019 in Los Angeles, California.

*/s/ Diana Hughes Leiden*
Diana Hughes Leiden
DHLeiden@winston.com

WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
dhleiden@winston.com

-4-